UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. TREON,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, FCI-MENDOTA,<br><br>        Respondent. | Case No. 1:25-cv-00122-HBK (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR A STAY OF BRIEFING IN LIGHT OF LAPSE OF APPROPRIATIONS<br><br>(Doc. No. 26) |

    Pending before the Court is Respondent's motion for a stay of briefing in light of the lapse of appropriations to the Department of Justice at the end of the day on September 30, 2025, which also affected the Bureau of Prisons ("BOP"). (Doc. No. 26). Respondent requests a stay of briefing until Congress has restored appropriations to provide the information necessary to effectively respond to Petitioner Raymond Treon's Second Amended Petition (Doc. No. 21). (*Id.*).[1]

    The court is vested with broad discretion to stay a case. *Clinton v. Jones*, 520 U.S. 681, 705 (1997) (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). As a rule, "stays should not be indefinite in nature." *Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498

---

[1] On August 29, 2025, the Court vacated the previous briefing schedule and deemed Petitioner's second amended petition (Doc. No. 21) the operative pleading. (Doc. No. 23, ¶¶ 1,2).

1

F.3d 1059, 1066-67 (9th Cir. 2007). If a stay is especially long or indefinite, a greater showing is required to justify it and the court must "balance the length of any stay against the strength of the justification given for it." *Yong v. I.N.S.*, 208 F.3d 1116, 1119 (9th Cir. 2000). For good cause shown, the Court that a stay of the briefing schedule is appropriate.

Accordingly, it is **ORDERED:**

1. Respondent's motion to stay (Doc. No. 26) is GRANTED.
2. The briefing schedule is hereby STAYED.
3. No later than seven (7) days after Congress has restored appropriations to the Department of Justice, Respondent shall file a request to lift the stay and a proposed briefing schedule.

Dated:    October 29, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE